```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., Bar #177913
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Defendant
    MASON L. HALPENNY
 6

 7

 8                  UNITED STATES DISTRICT COURT

 9                  EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,    )  Case No. 3:11-cr-0014 CMK
                                 )
13              Plaintiff,       )  STIPULATION AND ORDER TO CONTINUE
                                 )  STATUS CONFERENCE TO DECEMBER 12,
14      v.                       )  2011, AT 10:00 A.M.
                                 )
15  MASON L. HALPENNY, et al.,   )  Date:  October 3, 2011
                                 )  Time:  10:00 a.m.
16              Defendants.      )  Judge: Hon. Edmund F. Brennan
                                 )
17  _____ )
```

18       THE PARTIES STIPULATE, through their respective attorneys, that

19  the Court should vacate the status conference scheduled for October 3,

20  2011, at 10:00 a.m., and reset it for December 12, 2011, at 10:00 a.m.

21       Defense counsel requires the continuance to confer with Mr.

22  Halpenny and to negotiate with the government in an effort to resolve

23  this matter.

24       The parties further stipulate that the Court should exclude the

25  period from the date of this order through December 12, 2011, when it

26  computes the time within which the trial of the above criminal

27

28  Stipulation and Order                                    11-0014 CMK
                                   1

prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

Dated: September 29, 2011         Respectfully submitted,

                                  DANIEL BRODERICK
                                  Federal Defender

                                  /s/ M. Petrik
                                  _____
                                  MICHAEL PETRIK, Jr.
                                  Assistant Federal Defender
                                  Attorneys for Defendant

Dated: September 29, 2011         /s/ M. Petrik for David Dratman
                                  _____
                                  DAVID DRATMAN
                                  Attorney for Defendant
                                  DUANE E. POOLE

Dated: September 29, 2011         /s/ M. Petrik for M. Bigelow
                                  _____
                                  MICHAEL BIGELOW
                                  Attorney for Defendant
                                  NATHAN W. BIRD

Dated: September 29, 2011         BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ M. Petrik for D. Stevens
                                  _____
                                  DAVID STEVENS
                                  Assistant U.S. Attorney

Stipulation and Order                                    11-0014 CMK
                                  2

| | |
|---|---|
| 1 | **ORDER** |
| 2 | **IT IS SO ORDERED.** The Court orders time excluded from the date of |
| 3 | this order through the status conference on December 12, 2011, pursuant |
| 4 | to 18 U.S.C. § 3161(h)(7) (Local Code T4). The Court also finds that |
| 5 | the ends of justice served by granting Mr. defendant's request for a |
| 6 | continuance outweigh the best interest of the public and defendant in a |
| 7 | speedy trial. |
| 8 | DATED: September 29, 2011. |
| 9 | EDMUND F. BRENNAN<br>UNITED STATES MAGISTRATE JUDGE |