BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER S. HALES
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:11-cr-00014-CMK |
| Plaintiff, | ORDER TO DISMISS COMPLAINT AS TO DEFENDANT KRYSTAL R. HALL |
| v. | |
| DUANE E. POOLE, MASON L. HALPENNY, NATHAN W. BIRD, and KRYSTAL R. HALL, | |
| Defendant. | |

Upon motion by the United States, it is hereby ordered that the Complaint in this case (Docket #1) be dismissed as to defendant Krystal R. Hall.

IT IS SO ORDERED.

Dated: April 12, 2012

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE